C. YONG JEONG, ESQ. (SBN 255244)
BRENNAN J MITCH, ESQ. (SBN 279109)
Jeong & Likens, L.C.
1055 W 7TH St. Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, NOVELTY TEXTILE, INC.

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation;<br><br>     Plaintiff,<br><br>     vs.<br><br>THE WET SEAL, INC. dba WET SEAL dba ARDEN B. dba CONTEMPO CASUALS, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case Number: CV13-05527-SJO (MEWx)<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br>**1. COPYRIGHT INFRINGEMENT AND/OR**<br>**2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br><br>**Jury Trial Demanded** |

Plaintiff Novelty Textile, Inc. ("Plaintiff" or "Novelty") by and through its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

## INTRODUCTION

Plaintiff is a California-based company engaged in the apparel industry as a textile converter of imported and domestic fabrications. Plaintiff creates, or purchases and obtains, exclusive rights to unique two-dimensional graphic artworks for use on textiles and garments, and those textiles and garments are transacted primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. Plaintiff's business is

1  predicated on its ownership of these designs and it spends a considerable amount of time and
2  resources creating and obtaining top-quality, marketable and aesthetically-appealing designs.
3  Customers of Plaintiff, including possibly DOE defendants named herein, take design samples
4  with the understanding and agreement that they will only utilize Plaintiff to reproduce said
5  designs should they wish to do so, and will not seek to make minor changes to Plaintiff's
6  proprietary work to reproduce the same elsewhere, yet use those designs in furtherance of their
7  business in violation of both their contractual agreement with Plaintiff and Plaintiff's copyrights.
8  No other party is authorized to make sales of product bearing Plaintiff's proprietary designs
9  without express permission from Plaintiff. This action is brought to recover damages for direct,
10  vicarious and contributory copyright infringement arising out of the misappropriation of
11  Plaintiff's exclusive designs by the Defendants, and each of them.
12
13                    **JURISDICTION AND VENUE**
14  1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., §101 *et seq.*
15  2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331m 1338(a) and (b).
16  3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is
17      the judicial district in which a substantial part of the acts and omissions giving rise to the
18      claims occurred.
19                            **PARTIES**
20  4.  Novelty Textile, Inc. ("Plaintiff" or "Novelty"), is a corporation organized and existing under
21      the laws of the State of California with its principal place of business.
22  5.  Plaintiff is informed and believes and thereon alleges that Defendant The Wet Seal, Inc.
23      DBA Wet Seal DBA Arden B. DBA Contempo Casuals ("Wet Seal") is, and at all times
24      herein mentioned was, a corporation incorporated in Delaware but doing business and
25      headquartered in California, located at 26972 Burbank, Foothill Ranch, CA 92610.
26  6.  Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1
27      through 10, inclusive, are manufacturers and/or vendors of garments to Defendant, which
28      Doe Defendants have manufactured and/or supplied and are manufacturing and/or supplying

1   garments comprised of fabric printed with Plaintiff's copyrighted design(s) (as hereinafter
2   defined) without Plaintiff's knowledge or consent or have contributed to said infringement.
3   The true names, whether corporate, individual or otherwise, and capacities of defendants
4   sued herein as Does 1 through 10 are presently unknown to Plaintiff at this time, and
5   therefore, Plaintiff sues said defendants by such fictitious names. Plaintiff will seek leave to
6   amend this complaint to allege their true names and capacities when the same have been
7   ascertained. Plaintiff is informed and believes, and based thereon alleges, that each of
8   defendants designated as a Doe is responsible in some manner for the events alleged herein
9   and the damages caused thereby.

10  7. Defendants DOES 11 through 50, inclusive, are other parties not yet identified who have
11     infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's
12     copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true
13     names, whether corporate, individual or otherwise, and capacities of defendants sued herein
14     as Does 11 through 50 are presently unknown to Plaintiff at this time, and therefore, Plaintiff
15     sues said defendants by such fictitious names. Plaintiff will seek leave to amend this
16     complaint to allege their true names and capacities when the same have been ascertained.

17  8. Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto each
18     of Defendants acted in concert with each other, was the agent, affiliate, officer, director,
19     manager, principal, alter-ego, and/or employee of the remaining defendants and was at all
20     times acting within the scope of such agency, affiliation, alter-ego relationship and/or
21     employment; and actively participated in or subsequently rarified and adopted, or both, each
22     and all of the acts or conducts alleged, with full knowledge of all the facts and circumstances,
23     including without limitation to full knowledge of each and every wrongful conducts and
24     Plaintiff's damages caused therefrom.

25

26                    **CLAIMS RELATED TO DESIGN NV-2549**

27  9. Plaintiff is the owner and author of a two-dimensional artwork called NV-2549 ("Subject
28     Design A"), shown therein Exhibit A.

10. Plaintiff applied for a copyright from the United States Copyright Office for Subject Design A and was granted Registration No. VA 1-836-798 on July 13, 2012 (Exhibit B).

11. Plaintiff formatted Subject Design A for use on textiles, sampled Subject Design A, and negotiated sales of fabric bearing Subject Design A.

12. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendant Wet Seal purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, Subject Design A (hereinafter "Infringing Garment A"). A true and correct copy of one such garment is attached hereto as Exhibit C. Said garments include but are not limited to garments sold under Wet Seal SKU or item No. 478104400000.

13. None of the aforementioned transactions were authorized by Plaintiff, and all were in violation of Plaintiff's intellectual property rights.

## CLAIMS RELATED TO DESIGN NV-2647

14. Plaintiff is the owner and author of a two-dimensional artwork called NV-2647 ("Subject Design B"), shown therein Exhibit D.

15. Plaintiff applied for a copyright from the United States Copyright Office for Subject Design B and was granted Registration No. VA 1-837-007 on September 11, 2012 (Exhibit E).

16. Plaintiff formatted Subject Design B for use on textiles, sampled Subject Design B, and negotiated sales of fabric bearing Subject Design B.

17. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendant Wet Seal purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, Subject Design B (hereinafter "Infringing Garment B"). A true and correct copy of one such garment is attached hereto as Exhibit F. Said garments include but are not limited to garments sold under Wet Seal SKU or item No. 478103400001.

4

COMPLAINT FOR DAMAGES

1    18. None of the aforementioned transactions were authorized by Plaintiff, and all were in

2         violation of Plaintiff's intellectual property rights.

3

4                    **CLAIMS RELATED TO DESIGN NV-2630**

5    19. Plaintiff is the owner and author of a two-dimensional artwork called NV-2630 ("Subject

6         Design C"), shown therein Exhibit G.

7    20. Plaintiff applied for a copyright from the United States Copyright Office for Subject Design

8         C and was granted Registration No. VA 1-836-786 on September 4, 2012 (Exhibit H).

9    21. Plaintiff formatted Subject Design C for use on textiles, sampled Subject Design C, and

10        negotiated sales of fabric bearing Subject Design C.

11   22. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization,

12        Defendant Wet Seal purchased, sold, manufactured, caused to be manufactured, imported

13        and/or distributed fabric and/or garments comprised of fabric featuring a design which is

14        identical to, or substantially similar to, Subject Design B (hereinafter "Infringing Garment

15        C"). A true and correct copy of these garments are attached hereto as Exhibit I. Said

16        garments include but are not limited to garments sold under Wet Seal SKU or item No.

17        478104800008.

18   23. None of the aforementioned transactions were authorized by Plaintiff, and all were in

19        violation of Plaintiff's intellectual property rights.

20

21                    **FIRST CLAIM FOR RELIEF**

22               (For Copyright Infringement – Against all Defendants, and Each)

23   24. Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the

24        allegations contained in the preceding paragraphs of this Complaint.

25   25. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had

26        access to Subject Designs A, B, and C through, without limitation, the following: (a) access

27        to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the

28

COMPLAINT FOR DAMAGES

1   possession of other vendors and/or DOE Defendants; and (c) access to Plaintiff's strike-offs,

2   swatches, paper CADs and samples.

3   26. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them,

4   infringed Plaintiff's copyright by importing, creating, making and/or developing directly

5   infringing and/or derivative works from Subject Designs A, B, and C and by importing,

6   producing, distributing and/or selling infringing garments through a nationwide network of

7   retail stores, catalogues, and online websites.

8   27. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its

9   business in an amount to be established at trial.

10  28. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages

11  to its business in an amount to be established at trial.

12  29. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of

13  them, have obtained direct and indirect profits they would not otherwise have realized but for

14  their infringement of Subject Designs A, B, and C. As such, Plaintiff is entitled to

15  disgorgement of Defendants' profits directly and indirectly attributable to Defendants'

16  infringement of the Subject Designs A, B, and C in an amount to be established at trial.

17  //

18  **SECOND CLAIM FOR RELIEF**

19  (For Vicarious and/or Contributory Copyright Infringement – Against All Defendants)

20  30. Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the

21  allegations contained in the preceding paragraphs of this Complaint.

22  31. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them,

23  knowingly induced, participated in, aided and abetted in and resultantly profited from the

24  illegal reproduction, importation, purchase, distribution and/or sales of product featuring

25  Subject Designs A, B, and C as alleged herein above.

26  32. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are

27  vicariously liable for the infringement alleged herein because they had the right and ability to

28

1  supervise the infringing conduct and because they had a direct financial interest in the
2  infringing product.

33. By reason of the Defendants', and each of their, acts of contributory and/or vicarious
   infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial
   damages to its business in an amount to established at trial, as well as additional general and
   special damages in an amount to be established at trial.

34. Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged
   herein, Defendants, and each of them, have obtained direct and indirect profits they would
   have not otherwise realized but for their infringement of Subject Design A, B, and C. As
   such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly
   attributable to Defendants' infringement of the Subject Designs, an amount to be established
   at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

### Against All Defendants

With respect to Each Claim for Relief:

1. That Defendants, their agents and servants be enjoined from infringing Plaintiff's copyright
   in any manner;

2. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum
   to be proven at time of trial, or, if elected before final judgment, statutory damages as
   available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

3. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C.
   § 101 *et seq.*;

4. That Plaintiff be awarded pre-judgment interest as allowed by law;

5. That Plaintiff be awarded costs of litigation; and

6. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury in this action pursuant to Federal Rule of Civil Procedure 38 and the Seventh Amendment of the Constitution.

Dated: July 30, 2013

Respectfully submitted,

C. Yong Jeong, Esq.
Brennan J Mitch, Esq.
Attorneys for Plaintiff, Novelty Textile, Inc.

COMPLAINT FOR DAMAGES

# EXHIBIT A

# NV-2549 CW
100% POLY SILKY CDC PRINT (57/58")
C#10-BLACK/BRIGHT LEMON

## COPYRIGHTED BY NOVELTY





# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**VA 1-836-798**

Effective date of registration:

July 13, 2012

## Title

Title of Work: Novelty 2541, et al.

Contents Titles: Novelty 2541, 2542, 2543, 2544, 2545, 2546, 2549, 2550, 2551, 2552

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 12, 2012        Nation of 1st Publication: United States

## Author

■        Author: Novelty Textile, Inc

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States            Domiciled in: United States

## Copyright claimant

Copyright Claimant: Novelty Textile, Inc

2944 E. 44th St, Vernon, CA, 90058, United States

## Rights and Permissions

Name: Joo Sung Son

Email: james@calitaapparel.com            Telephone: 323-583-4242

Address: 2944E. 44th St

Vernon, CA 90058 United States

## Certification

Name: Joo Sung Son

Date: July 13, 2012

# EXHIBIT C



# EXHIBIT D



**NV-2647 CW**
100% POLY SILKY CDC PRINT (57/58")
C#2-MINT/ORANGE/GREEN

COPYRIGHTED BY NOVELTY



# EXHIBIT  E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**VA 1-837-007**

Effective date of
registration:
September 11, 2012

## Title

Title of Work: Novelty 2647 (light ground from 2664)

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: September 6, 2012     Nation of 1st Publication: United States

## Author

■ Author: Novelty Textile, Inc

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Novelty Textile, Inc

2944E. 44th St, Vernon, CA, 90058, United States

## Rights and Permissions

Name: Joo Sung Son

Email: james@calliaapparel.com     Telephone: 323-583-42

Address: 2944E. 44th St.

Vernon, CA 90058 United States

## Certification

Name: Joo Sung Son

Date: September 11, 2012

Correspondence: Yes

# EXHIBIT F



DP/CL     00100002
STYLE       47810327
LACE X-BACK 2FER
330         MINT

SMALL

478103400001

1213

$29.90



wetseal
S
TOP: 95% COTTON
5% SPANDEX
BOTTOM: 10% POLYESTER
LINING: 100% POLYESTER
LACE: 60% NYLON
40% POLYESTER
RN 76749
REVERSE FOR CARE

# EXHIBIT  G

Page 1 of 2

Seal...

Accessories · s

ss

## NV-2630 CW
100% POLY SILKY CDC PRINT (57/58")
C#5-BLUE/PINK/TEAL

### COPYRIGHTED BY NOVELTY



# EXHIBIT  H

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-836-786

**Effective date of
registration:**

September 4, 2012

## Title

Title of Work: Novelty 2616, et al.

Contents Titles: Novelty 2616, 2617, 2620, 2621, 2622, 2624, 2628, 2630, 2631, 2632

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: August 31, 2012       Nation of 1st Publication: United States

## Author

Author: Novelty Textile, Inc

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Novelty Textile, Inc

2944E. 44th St, Vernon, CA, 90058, United States

## Rights and Permissions

Name: Joo Sung Son

Email: james@calliaapparel.com         Telephone: 323-583-424

Address: 2944E. 44th St

Vernon, CA 90058 United States

## Certification

Name: Joo Sung Son

Date: September 4, 2012

# EXHIBIT I

$29.90

4761000000000

DP/CL    03100002
STYLE    47810426
SWEETHEART 2E-RT
100      WHITE

SMALL

1113

100% NYLON TRICOT
SHELL 100% POLYESTER
LINING 100% NYLON
BOTTOM 100% POLYESTER
REVERSE FOR CARE

S

velsea

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV13- 5527 SJO (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Chan Yong Jeong (SBN 255244)
Jeong & Likens, L.C.
1055 West 7th Street, Suit 2280
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Nove lty Textile, Inc., California Corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-05527 ~SJO (menx) |
| The Wet Seal, Inc. DBA Wet Seal DBA Arden B. DBA Contempo Casuals, a Delaware Corporation; and Does 1 through 50, inclusive, | SUMMONS |
| DEFENDANT(S). | |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Chan Yong Jeong (SBN 255244)</u> _____, whose address is <u>Jeong & Likens L.C., 1055 West 7th Street, Los Angeles, CA 90017</u> _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JUL 3 1 2013  _____

By: _Manelen Dean_
           Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Chan Yong Jeong (SBN 255244)
Jeong & Likens, L.C.
1055 West 7th Street, Suit 2280
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Novelty Textile, Inc., California Corporation<br><br>PLAINTIFF(S)<br>v.<br><br>The Wet Seal, Inc. DBA Wet Seal DBA Arden B. DBA Contempo Casuals, a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-05527** SJD/(mew)<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Chan Yong Jeong (SBN 255244)_____, whose address is Jeong & Likens L.C., 1055 West 7th Street, Los Angeles, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL 3 1 2013_____

By: _____
         Deputy Clerk
MARILYN DAVIS

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Novelty Textile, Inc., a California Corporation | The Wet Seal, Inc. DBA Wet Seal DBA Arden B. DBA Contempo Casuals, a Delaware Corporation; and Does 1 through 50, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Jeong & Likens L.C. 1055 West 7th Street, Suit 2280 Los Angeles, CA 90017 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☑ MONEY DEMANDED IN COMPLAINT: $TBD at Trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Act of 1976, Title 17 U.S.C. 101 et seq. Copyright infringement and/or vicarious and/or contributory copyright infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | ☐ 290 All Other Real Property | | | ☐ 871 IRS-Third Party 26 USC 7609 |

# CV13-05527

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Novelty Textile, Inc. - Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | The Wet Seal, Inc. - Wilmington, Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Copyright infringement - Los Angeles County<br>Vicarious and/or contributory copyright infringement - Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date 07/30/2013

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 2 of 2