# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., | Case No.: CV13-05527 SJO (MRW) |
| Plaintiff, | *Honorable S. James Otero Presiding* |
| v. | **SPECIAL VERDICT FORM** |
| THE WET SEAL, INC.; *et al.*, | |
| Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1

## SPECIAL VERDICT FORM – COPYRIGHT INFRINGEMENT

We, the Jury, answer the questions submitted to us in regard to Novelty Textile, Inc.'s claims in this action as follows:

**A. Plaintiff Novelty Textile, Inc. seeks statutory damages:**

1. The amount of statutory damages that is to be imposed against Hot Shot HK, LLC in this case is as follows:

$ 250,000.00

2. The amount of statutory damages that is to be imposed against The Wet Seal, Inc. in this case is as follows:

$ 400,000.00

3. The total amount of statutory damages that is to be imposed and awarded in this case is as follows:

$ 650,000.00

**Please sign and date this form to confirm the above verdict.**

DATED: 11/13/14        SIGNED: Redacted as to fore person's signature

2
SPECIAL VERDICT FORM