JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WET SEAL, INC.; *et al.*, <br><br> Defendants. | Case No.: CV13-05527 SJO (MRW) <br> *Honorable S. James Otero Presiding* <br><br> **JUDGMENT** |

# [PROPOSED] JUDGMENT

On September 9, 2014, the Court entered an order (U.S.D.C. Dkt. No. 94) granting in part Plaintiff Novelty Textile Inc. ("Novelty")'s motion for summary judgment and denying the motion for summary judgment filed by Defendants Hot Shot HK, LLC doing business as "Brat Star" (collectively "Hot Shot") and The Wet Seal, Inc. doing business as "Contempo Casuals" (collectively "Wet Seal").

On September 9, 2014, the Court ruled held that Hot Shot was liable for willful copyright infringement. The Court ruled that Hot Shot willfully infringed Novelty's copyrights in three of Novelty's copyrighted designs, namely titled NV-2647, NV-2630, and NV-2549.

On September 9, 2014, the Court ruled held that Wet Seal was liable for willful copyright infringement. The Court ruled that Wet Seal willfully infringed Novelty's copyrights in three of Novelty's copyrighted designs, namely titled NV-2647, NV-2630, and NV-2549.

The action proceeded to trial before a jury on November 12, 2014 before the Honorable S. James Otero, U.S. District Judge presiding. Witnesses were sworn and testified.  Evidence and argument of counsel were received by the jury. Thereafter, the jury returned its verdict on November 13, 2014. This verdict awarded $250,000.00 in damages against Hot Shot and $400,000.00 in damages against Wet Seal.

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR PLAINTIFF NOVELTY TEXTILE, INC. AS FOLLOWS:**

1. Plaintiff owns valid copyright registrations for designs NV-2647, NV-2630, and NV-2549;

2. Hot Shot HK, LLC is liable for the deliberate and willful copyright infringement of Novelty Textiles, Inc. designs NV-2647, NV-2630, and NV-2549;

3. The Wet Seal, Inc. is liable for the deliberate and willful copyright infringement of Novelty Textiles, Inc. designs NV-2647, NV-2630, and NV-2549;

4. Judgment is entered against Defendant Hot Shot HK, LLC, and in favor of Plaintiff, in the amount of two hundred fifty thousand dollars and no cents ($250,000.00), plus costs and attorneys' fees to be decided by this Court;

5. Judgment is entered against Defendant The Wet Seal, Inc., and in favor of Plaintiff, in the amount of four hundred thousand dollars and no cents ($400,000.00), plus costs and attorneys' fees to be decided by this Court;

6. Post-judgment interest is awarded against Defendants Hot Shot HK, LLC and The Wet Seal, Inc. in an amount that is to be calculated from the date of the entry of the judgment at a rate as prescribed by law; and

7. The Wet Seal, Inc. and Hot Shot HK, LLC will be jointly and severally liable for the costs and attorneys' fees awarded by the Court.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: December 5, 2014   By:_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE S. JAMES OTERO